UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 16334
   EDWIN WOODROW RESETAR
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-7977
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/11/06 .

     2.  The case was converted to Chapter 7 without confirmation, 03/30/2007.

     3.  The Debtor paid a total of $   1260.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MID AMERICA BANK | SECURED | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HERITAGE TRAILS HOMEOWNE | SECURED | NOT FILED | .00 | .00 |
| UNIFUND CCR PARTNERS | SECURED | NOT FILED | .00 | .00 |
| CAROLYN PEREZ | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ADAM PRY | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ASSET MGNT | UNSECURED | NOT FILED | .00 | .00 |
| ADLER & ADLER | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE RECOVERY SO | UNSECURED | NOT FILED | .00 | .00 |
| MEYER & NJUS PA | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| VIKING COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LEIBOWITZ LAW CENTER         , was allowed $   3000.00
and was paid $   3000.00   direct and $      .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $   1260.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 06/27/07                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 06 B 16334 EDWIN WOODROW RESETAR
```